IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CONAGRA FOODS FOOD INGREDIENTS COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. |
| GEORGIA FARM SERVICES, LLC, | ) ) | 1:09-CV-167 (WLS) |
| Defendant. | ) ) ) | |

TO:   PLAINTIFF CONAGRA FOODS FOOD INGREDIENTS COMPANY, INC.

Defendant Georgia Farm Services, LLC ("GFS") makes this Offer of Judgment in favor of Plaintiff pursuant to Rule 68 of the Federal Rules of Civil Procedure.

GFS offers to allow judgment to be taken against it by the Plaintiff for all claims asserted by Plaintiff in this action in the amount of $20,000.00. This amount includes all claims for attorneys' fees, costs, and interest.

This offer is made pursuant to and for the purposes specified in Rule 68 and is not to be construed as an admission that GFS is liable in this action or that the Plaintiff has suffered any damage. To accept this offer, Plaintiff must accept it in its entirety in writing within fourteen (14) days after service hereof. This offer, if accepted according to its terms, is intended to resolve all disputes and claims between and among the parties that were claimed or could have been claimed in the above-referenced action. If this offer is not accepted in writing in its entirety within fourteen (14) days after it is served, it shall be deemed withdrawn and rejected. If this offer is not accepted within fourteen (14) days after it is served and the judgment Plaintiff finally obtains is not more favorable than



DEFENDANT'S EXHIBIT 16

this offer, Plaintiff must pay the costs incurred after the offer was made. These costs include, among other things, attorneys' fees incurred by GFS after this offer was made.

RESPECTFULLY SUBMITTED this 8th day of September, 2010.

FLYNN PEELER & PHILLIPS LLC

Charles E. Peeler
Georgia State Bar No. 570399
Counsel for Defendant
Georgia Farm Services, LLC
Post Office Box 7 (31702)
517 West Broad Avenue
Albany, GA 31701
Telephone: 229-446-4886
Fax: 229-446-4884
Email: cpeeler@fpplaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CONAGRA FOODS FOOD INGREDIENTS COMPANY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) |
| GEORGIA FARM SERVICES, LLC, | ) 1:09-CV-167 (WLS)<br>) |
| Defendant. | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2010 I caused a true and correct copy of the foregoing Offer of Judgment to be deposited, posted prepaid, in the United States Mail addressed as follows:

Mr. David J. Forestner
McGuirewoods LLP
Suite 2100
1170 Peachtree Street, NE
Atlanta, Georgia 30309

This 8th day of September, 2010.

FLYNN PEELER & PHILLIPS, LLC

Charles E. Peeler
Georgia State Bar No. 570399
Post Office Box 7 (31702)
517 West Broad Avenue
Albany, GA 31701
Telephone: 229-446-4886
Fax: 229-446-4884
Email: cpeeler@fpplaw.com