

Charles E. Peeler*

Email:cpeeler@fpplaw.com
*Registered Patent Attorney

January 18, 2012

**BY E-FILING**

The Honorable W. Louis Sands
Judge - U.S. District Court
Middle District of Georgia
C. B. King Courthouse
201 West Broad Avenue
Albany, Georgia 31701

      RE:    *ConAgra Foods v. Georgia Farm Services*
                **U.S. District Court - Middle District of Georgia**
                **Case No.: 1:09-CV-167-WLS**
                **FPP File No.: 1734-02**

Dear Judge Sands,

      Further to my email correspondence with your Chambers last week, I write to inform the Court that the parties in this action will submit either an agreed to judgment or separate proposed judgments for Your Honor's consideration no later than Wednesday, January 18, 2012. If the Court has any questions or would like any additional information, please contact the parties.

      Thank you for your assistance in this matter.

                      Best regards,

                      FLYNN PEELER & PHILLIPS LLC

                      **s/Charles E. Peeler**
                      Charles E. Peeler

cc:    Mr. David J. Forestner

Post Office Box 7 (31702)
517 W. Broad Avenue
Albany, Georgia 31701

Ph 229.446.4886
Fax 229.446.4884
www.fpplaw.com