IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CONAGRA FOODS FOOD INGREDIENTS COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. |
| GEORGIA FARM SERVICES, LLC, | ) ) ) | 1:09-CV-167 (WLS) |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

NOW COMES ConAgra Foods Food Ingredients Company, Inc., Plaintiff in the above-captioned matter, and hereby files this Satisfaction of Judgment stating that the judgment entered in the above-referenced matter on February 24, 2012 has been satisfied by the Defendant by payment in full.

Respectfully submitted this the 9th day of March 2012.

MCGUIRE WOODS LLP

s/ David J. Forestner
David J. Forestner
Georgia State Bar No. 269177
Suite 2100, The Proscenium
1170 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: 404-443-5500
Fax: 404-443-5599
Email: dforestner@mcguirewoods.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CONAGRA FOODS FOOD INGREDIENTS COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. |
| GEORGIA FARM SERVICES, LLC, | ) ) ) | 1:09-CV-167 (WLS) |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9th, 2012, I electronically filed a true and correct copy of the foregoing SATISFACTION OF JUDGMENT through the Court's CM/ECF system which shall cause service to be electronically made upon the following:

Mr. Charles E. Peeler
Flynn Peeler & Phillips, LLC
Post Office Box 7
Albany, Georgia 31702

This 9th day of March 2012.

MCGUIRE WOODS LLP

s/ David J. Forestner
David J. Forestner
Georgia State Bar No. 269177
Suite 2100, The Proscenium
1170 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: 404-443-5500
Fax: 404-443-5599
Email: dforestner@mcguirewoods.com